1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JACOB ASA GAMBOA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  Case No. 1:11-cr-00348 AWI-1
                                      )
12              Plaintiff,            )
                                      )  STIPULATION & ORDER TO CONTINUE
13     v.                             )  STATUS CONFERENCE
                                      )
14 JACOB ASA GAMBOA,                  )  Date:  February 21, 2012
                                      )  Time:  9:00 a.m.
15              Defendant.            )  Dept : Hon. Anthony W. Ishii
   _____ )

16

17

        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective
18
   attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled
19
   for January 17, 2012, **may be continued to February 21, 2012 at 9:00 a.m.**
20
        The government has recently provided a plea offer to the defense and the parties are engaged in
21
   negotiations concerning the terms of the offer.  Additional investigation, research and negotiations are
22
   necessary to determine the applicability of the enhancements.  The requested continuance will conserve
23
   time and resources for all parties and the Court.
24
   ///
25
   ///
26
   ///
27
   ///
28

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for further defense

3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4

5                                              BENJAMIN B. WAGNER
                                               United States Attorney
6

7  DATED: January 12, 2012          By:    /s/ Brian W. Enos
                                            BRIAN W. ENOS
8                                           Assistant United States Attorney
                                            Attorney for Plaintiff
9

10

11                                             DANIEL J. BRODERICK
                                               Federal Defender
12

13  DATED: January 12, 2012         By:    /s/ Jeremy S. Kroger
                                            JEREMY S. KROGER
14                                          Assistant Federal Defender
                                            Attorney for Defendant
15                                          Jacob Asa Gamboa

16

17                                    **O R D E R**

18     **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

19  §§ 3161(h)(7)(A) and (B).

20

21     Dated: January 13, 2012          _____
                                        CHIEF UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Gamboa / Stipulation to Continue
Status Conference                          2