```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Plaintiff
       the United States of America
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) 1:11-CR-00348-AWI |
|---|---|
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| JACOB ASA GAMBOA, | ) |
| Defendant. | ) |

WHEREAS, on March 12, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jacob Asa Gamboa in the following property:

    a.   Custom built desktop computer with Western Digital Hard Drive (Serial No. WMAATE519202), seized from defendant by law enforcement on or about August 24, 2011, and

    b.   Dell Inspiron desktop computer with Western Digital Hard Drive (Serial No. WCASY980984), seized from defendant by law enforcement on or about August 24, 2011.

AND WHEREAS, beginning on March 24, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jacob Asa Gamboa.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   July 21, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE